**DISMISS; and Opinion Filed September 29, 2014.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00273-CV

### JOHN KENNEMER, Appellant
### V.
### ANGELINA KENNEMER, Appellee

**On Appeal from the 256th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-13-13523**

## MEMORANDUM OPINION

Before Justices FitzGerald, Fillmore, and Stoddart
Opinion by Justice Fillmore

John Kennemer's brief was due August 6, 2014. When appellant failed to file his brief, we notified him, by postcard dated August 7, 2014, that the time had expired and directed him to file his brief along with an extension motion within ten days. We cautioned that the failure to file his brief and extension motion would result in the dismissal of this appeal without further notice. To date, appellant has not filed his brief, filed an extension motion, or otherwise corresponded with the Court regarding the status of his brief or this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 38.8(a)(1); 42.3 (b), (c).

ROBERT M. FILLMORE
JUSTICE

140273F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

JOHN KENNEMER, Appellant

No. 05-14-00273-CV     V.

ANGELINA KENNEMER, Appellee

On Appeal from the 256th Judicial District Court, Dallas County, Texas
Trial Court Cause No. DF-13-13523.
Opinion delivered by Justice Fillmore, Justices FitzGerald and Stoddart participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee ANGELINA KENNEMER recover her costs of this appeal, if any, from appellant JOHN KENNEMER.

Judgment entered this 29th day of September, 2014.



**Court of Appeals**
**Fifth District of Texas at Dallas**
George L. Allen Sr. Courts Building
600 Commerce Street, Suite 200
Dallas, Texas 75202

N TEXAS
DALLAS 750
30 SEP '14
PM 9 L





UNITED STATES POSTAGE
PITNEY BOWES
02 1A
0004359415          SEP 29 2014
$ 00.48⁰
MAILED FROM ZIP CODE 75202

*RTS*
*released*

CASE: 05-14-00273-CV
JOHN KENNEMER
#1848199
BETO TRUSTY CAMP
1391 FM 3328
TENNESSEE COLONY, TX 75880

NIXIE        750   SE 1000        0010/04/14

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 75202663150        *1834-00301-30-35